# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ONYINYE JIDEANI,                      )
                                      )
    Plaintiff,    )
                                      )
      v. )      Civil Action No. 24-cv-01771 (TSC)
                                      )
DISTRICT OF COLUMBIA,                 )
                                      )
    Defendant.    )
                                      )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Defendant's Motion to Dismiss, ECF No. 10, is **GRANTED**, and

this matter is hereby **DISMISSED** pursuant to Federal Rule 12(b)(6).

This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

Date:  May 20, 2025

*Tanya S. Chutkan*

TANYA S. CHUTKAN
United States District Judge